THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN H. FOOTE et al., Appellants, and TOWN OF HEMPSTEAD, Respondent.

Argued March 8, 1937; decided March 23, 1937.

*Lillian M. Kooperstein, William H. Bisnoff* and *Moses Kooperstein* for Grace M. Alling et al., appellants.

*Milton Pinkus* and *Charles E. Russell* for Evelyn Bird et al., infants, by George A. Littlejohn, as guardian ad litem, appellants.

*Louis W. McKernan* for Willis M. Moore et al., appellants.

*Eugene R. Hurley* and *Benjamin Kaplan* for David Bandler et al., appellants.

*Alfred T. Davison* and *James M. Gray* for town of Hempstead, respondent.

*John J. Bennett, Attorney-General* (*Henry Epstein, G. Frank Dougherty, Ruth I. Wilson* and *Raymond P. McNulty* of counsel), for the People of the State of New York, respondent.

Appeal dismissed, with costs, on authority of *People* v. *Foote* (273 N. Y. 629).   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.